*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Leda Rodriguez

Debtor(s)

BK No. 1:20−bk−10132

Chapter 7

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 10)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 10); filed by Rhode Island Housing and Mortgage Finance Corporation ; and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) Rhode Island Housing and Mortgage Finance Corporation is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

46 Sterry Street, Pawtucket, Rhode Island.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **4/1/20**

Entered on Docket: **4/1/20**
Document Number: **14 – 10**

ogrelstay.jsp #115df

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*